# United States District Court

United States District Court
Southern District Of Texas
FILED
MAY 3 2019
David J. Bradley, Clerk

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

**Benito CORONADO-Hernandez**

AKA:
    IAE    YOB: 1955
    **Mexico**

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: **M-19-1010-M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 22, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,

*(Track Statutory Language of Offense)*

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On March 22, 2019, Benito CORONADO-Hernandez a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on May 2, 2019. Record checks revealed the defendant was formally removed from the United States to Mexico for the second (2nd) time on September 18, 1995 via the El Paso, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about an unknown date by wading the Rio Grande River at or near an unknown place. On May 22, 2000, the defendant was convicted of burglary of habitation and sentenced to five (5) years imprisonment probated for five (5) years.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint approved by AUSA Robert Guerra

Signature of Complainant

**Ernesto Alvarado**      **Deportation Officer**
Printed Name and Title of Complainant

Sworn to before me and subscribed in my presence,

**May 3, 2019**      at      **McAllen, Texas**
Date      City and State

**J. Scott Hacker**      **U.S. Magistrate Judge**
Name and Title of Judicial Officer      Signature of Judicial Officer